IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KIMBERLY MCCOY,**<br><br>　　**Plaintiff,**<br><br>vs.<br><br>**MALLINCKRODT PHARMACEUTICALS, INC.,** *et al.*<br><br>　　**Defendants.** | **CASE NO.:**<br>**2:15-cv-00723-MHT-PWG** |

## ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT OF DEFENDANT THE SHORT TERM DISABILITY PLAN OF MALLINCKRODT ENTERPRISES, LLC

Comes Defendant The Short Term Disability Plan of Mallinckrodt Enterprises, LLC, incorrectly identified in the Second Amended Complaint as "The Short Term Disability Plan of Mallinckrodt Pharmaceuticals, Inc." (hereinafter "The Mallinckrodt Short Term Plan") and provides the following response to Plaintiff's Second Amended Complaint:

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, Defendant The Mallinckrodt Short Term Plan adopts and incorporates each and every answer to each allegation and adopts and incorporates each additional defense listed in the Answer to the Second Amended Complaint of Defendant Mallinckrodt Enterprises, LLC (Doc. 49), as its own response to Plaintiff's allegations and its own statement of defenses herein.

1

WHEREFORE, Defendant prays this Court to accept its Answer, dismiss Plaintiff's Second Amended Complaint, direct Plaintiff to pay Defendant's attorneys' fees and costs and to provide Defendant with such other relief that it deems appropriate.

      Respectfully submitted,

      OGLETREE, DEAKINS, NASH,
      SMOAK & STEWART, P.C.

    By:  s/ Brian R. Bostick

      Brian R. Bostick, #ASB-3064-K56B
      Stanley G. Schroeder, MO 30807
      420 S. 20th Street North, Suite 1900
      Birmingham, AL  35203
      Telephone: 205-714-4433
      Facsimile: 205-328-6000
      Brian.Bostick@ogletreedeakins.com

      Attorneys for Defendant The Short Term
      Disability Plan of Mallinckrodt Enterprises

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 5th day of February, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system providing notice to:

Daniel Taliaferro
Davis & Taliaferro, LLC
7031 Halcyon Park Drive
Montgomery, Alabama  36117

Grace Robinson Murphy, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama 35203-2618

                                        s/ Brian R. Bostick
                                        Attorney for Defendant

23749068.1