# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

KIMBERLY MCCOY                        )
                                      )
      *Plaintiff*            )
      v.                     )
                                      )
MALLINCKRODT PHARMACEUTICALS,)   Civ. Action No.: 2:15-cv-00723-~~TFM~~ MHT
INC., MALLINCKRODT ENTERPRISES )
LLC, LIFE INSURANCE COMPANY OF )
NORTH AMERICA, CIGNA           )
CORPORATION,                   )
                               )
      *Defendants.*          )

## Alias SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Long Term Disability Plan of Mallinckrodt
Pharmaceuticals, Inc.
c/o Mallinckrodt Pharmaceuticals, Inc.
675 McDonnell Blvd.
St. Louis, MO 63042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) --- or 90 days in a Social Security action--- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Dan W. Taliaferro
    7031 Halcyon Park Drive
    Montgomery, Alabama 36117
    (334) 832-9080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

    DEBRA P. HACKETT, CLERK OF COURT

Date: 2/12/16

    *Signature of Clerk or Deputy Clerk*

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for <u>The Long Term Disability Plan of Mallinckrodt Pharmaceuticals, Inc.</u>

☐ I personally served the summons on the individual at _____

_____ on _____; or

☐ I left the summons at the individual's residence or usual place of abode with

_____ a person of suitable age and discretion

who resides there, on _____, and mailed a copy to the individual's last

known address; or

☐ I served the summons on _____, who is

designated by law to accept service of process of behalf of _____

_____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                                *Server's signature*

                                                 _____
                                                *Printed name and title*


                                                 _____
                                                *Server's address*

Additional information regarding attempted service, etc:


7015 0640 0003 1890 4451