IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KIMBERLY McCOY,              )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:15cv723-MHT
                             )           (WO)
MALLINCKRODT                 )
PHARMACEUTICALS, INC.;       )
et al.,                      )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Life Insurance Company of North America's objections (doc. no. 72) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 69) is adopted.

(3) Defendant Life Insurance Company of North America's motion to dismiss (doc. no. 51) is denied.

(4) Defendant Cigna Corporation's motion to dismiss (doc. no. 50) is granted.

(5) Plaintiff Kimberly McCoy's claims against defendant Cigna Corporation are dismissed with prejudice, and defendant Cigna Corporation is terminated as a party to this lawsuit.

(6) No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the magistrate judge for further proceedings.

DONE, this the 14th day of April, 2016.

                      /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE