IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY MCCOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 2:15-cv-00723-MHT-PWG |
| MALLINCKRODT PHARMACEUTICALS, INC., MALLINCKRODT ENTERPRISES, LLC, LIFE INSURANCE COMPANY OF NORTH AMERICA, et al. | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Kimberly McCoy ("Plaintiff"), and Defendants Mallinckrodt Pharmaceuticals, Inc., Mallinckrodt Enterprises, LLC, The Long Term Disability Plan of Mallinckrodt Pharmaceuticals, Inc., The Short Term Disability Plan of Mallinckrodt Pharmaceuticals, Inc., and Life Insurance Company of North America (collectively referred to as "Defendants"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein except those related to long-term disability benefits asserted against Life Insurance Company of North America as described below should be dismissed with prejudice against all Defendants. The parties

03719821.1

further stipulate that Plaintiff's remaining claims related to long-term disability benefits asserted against Defendant Life Insurance Company of North America should be dismissed without prejudice as to Defendant Life Insurance Company of North America. Each party shall bear its own costs.

Dated this 19th day of August, 2016.

| DAVIS & TALIAFERRO, LLC | MAYNARD, COOPER & GALE, P.C. |
|---|---|
| By: *Dan William Taliaferro* | By: *Grace R. Murphy* |
| Dan William Taliaferro | Grace Robinson Murphy |
| Gregory Louis Davis | William B. Wahlheim, Jr. |
| 7031 Halcyon Park Drive | Ashlee D. Riopka |
| Montgomery, AL 36117 | 2400 Regions/Harbert Plaza |
|  | 1901 Sixth Avenue North, Suite 2400 |
|  | Birmingham, AL 35203-2618 |
| Attorneys for Plaintiff Kimberly McCoy | Attorneys for Defendants Life Insurance Company of North America and The Long Term Disability Plan of Mallinckrodt Pharmaceuticals |

OGLETREE, DEAKINS, NASH, SMOAK & STEWART

By: *Brian Bostick*
Brian R. Bostick
Stanley G. Schroeder
420 North 20th Street, Suite 1000
One Federal Place
Birmingham, AL 35203

Attorneys for Defendants Mallinckrodt Pharmaceuticals, Inc., Mallinckrodt Enterprises, LLC, and The Short Term

03719821.1

Disability Plan of Mallinckrodt Pharmaceuticals

25590739.1

03719821.1