IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLY McCOY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:15cv723-MHT |
| | ) | (WO) |
| MALLINCKRODT PHARMACEUTICALS, INC.; et al., | ) ) ) | |
| | ) | |
|    Defendants. | ) | |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 78), it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Plaintiff's claims related to long-term disability benefits asserted against defendant Life Insurance Company of North America are dismissed without prejudice, with the parties to bear their own costs.

(2) All other claims are dismissed with prejudice, with the parties to bear their own costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 19th day of August, 2016.**

                                 /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**